

Glenn M. Fjermedal
Partner

August 3, 2020

**VIA ECF**

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Alexander Zaslavskiy v. Weltman, Weinberg & Reis Co., LPA
             E.D.N.Y. Case No. 18-4747-DLI-SMG

Dear Judge Gold:

    Defendant Weltman, Weinberg & Reis, Co. ("WWR"), by and through their counsel, and with the consent of Plaintiff's counsel, submits this status report letter with this Court's Order of July 31, 2020.

    The class settlement document have been drafted and are being finalized amongst the parties. The parties anticipate that their joint motion for preliminary approval of the Class Settlement Agreement will be filed by August 10, 2020.

                        Respectfully submitted,
                        DAVIDSON FINK LLP

                        /s/ Glenn M. Fjermedal


                        Glenn M. Fjermedal

cc:    Daniel C. Cohen, Esq. (via ECF)
        Tiffany N. Hardy, Esq. (via ECF)